# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-0647

—————————————————

LACHLAN ROTSCHREK,

Petitioner,

v.

DELIANNA TORRES, et al.,

Respondent.

—————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

July 30, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Lachlan Rotschrek, pro se, Petitioner.

Ashley Moody, Attorney General, and Elizabeth M. van den Berg, Assistant Attorney General, Tallahassee, for Respondent.